IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOANNE M. FAVALORO and
PASCAL RADOSTA, her husband                                            PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. 1:16cv405HSO-JCG

DOLGENCORP, LLC
and COCO-COLA BOTTLING COMPANY UNITED, INC.            DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This day this cause having come before the Court on the *ore tenus* motion of the Plaintiffs, Joanne M. Favaloro and Pascal Radosta, and the Defendants, Dolgencorp, LLC and Coca-Cola Bottling Company United, Inc., each appearing through counsel, whose signatures are affixed below in the acknowledgment and approval hereof, and upon call of the action, these parties through their counsel thereupon move the Court for the adoption of this Agreed Final Judgment of Dismissal With Prejudice of the Court in this action.

IT IS, THEREFORE, ORDERED AND ADJUDGED that, with respect to any and all claims of the Plaintiffs, Joanne M. Favaloro and Pascal Radosta, the Defendants, Dolgencorp, LLC and Coca-Cola Bottling Company United, are hereby fully and finally discharged from this action, and that the Plaintiffs' Complaint and all causes of action therein pled or referred to be and all the same are hereby finally and forever dismissed <u>with prejudice</u>, with each party to bear their respective costs of this action.

**SO ORDERED AND ADJUDGED**, this the 3rd day of October, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:


*/s/ Randolph C. Wood*
Randolph C. Wood (MSB #7369)
Attorney for JoAnne M. Favaloro and
Pascal Radosta


*/s/ Matthew D. Miller*
Matthew D. Miller (MSB #99210)
Attorney for Dolgencorp, LLC


*Vicki R. Leggett*
Vicki R. Leggett (MSB #1187)
Attorney for Coca Cola Bottling Company United, Inc.